SHIRLEY SELTZER, an Infant, by PAULINE SELTZER, Her Guardian ad Litem, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted January 14, 1944; decided March 2, 1944.

*Max Schulman* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Fred Iscol* and *James Hall Prothero* of counsel), for respondent.

Judgment affirmed without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.